RICHARD L. KELLNER (SBN 171416)
rlk@kbklawyers.com
EVAN M. ZUCKER (SBN 266702)
ez@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

*Attorneys for Plaintiff Scott J. Weiselberg*

WILLIAM A. ISAACSON (*pro hac vice*)
Email: wisaacson@bsfllp.com
JENNIFER MILICI (*pro hac vice*)
Email: jmilici@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

JEREMY M. GOLDMAN (SBN 218888)
Email: jgoldman@bsfllp.com
BEKO O. REBLITZ-RICHARDSON (SBN 238027)
Email: brichardson@bsfllp.com
MEREDITH R. DEARBORN (SBN 268312)
Email: mdearborn@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SCOTT J. WEISELBERG, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

APPLE, INC., a California company,

Defendant.

CASE NO. 3:13-CV-02920 (SC)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Scott J. Weiselberg, by and through his counsel of record, hereby requests that this action and all claims asserted against Defendant in this action, including all claims and counterclaims, compulsory and/or permissive, known and unknown, that were brought or could have been brought by either party, be dismissed WITH PREJUDICE. Apple Inc., by and through its counsel of record, hereby stipulates to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Civil L.R. 77-2(c), this order may be granted by the Clerk of this Court without further direction of a Judge. The parties respectfully request that the Clerk close this file.

IT IS SO STIPULATED.

Dated: October 28, 2013 By: */s/ William A. Isaacson*
William A. Isaacson
BOIES, SCHILLER & FLEXNER LLP

*Attorneys for Defendant Apple Inc.*

Dated: October 28, 2013 By: */s/ Richard L. Kellner*
Richard L. Kellner
KABATECK BROWN KELLNER LLP

*Attorneys for Plaintiff Scott J. Weiselberg*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/29, 2013

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA